UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Marc Myerson, | ) | Case No.  C 10-03726 WHA |
| | ) | |
| Plaintiff, | ) | ORDER DENYING |
| | ) | REQUEST OF COUNSEL TO APPEAR |
| vs. | ) | AT SCHEDULING CONFERENCE BY |
| | ) | TELEPHONE |
| Transworld Systems Inc.; and DOES 1-10, inclusive, | ) | |
| | ) | Date: December 2, 2010 |
| Defendants. | ) | Time: 11:00 a.m. |
| | ) | Place: Courtroom 9 |

The request of Sondra R. Levine, counsel of record for Defendant Transworld Systems, Inc. to participate by telephone in the Scheduling Conference scheduled for December 2, 2010 at 11:00 a.m. is DENIED.

**IT IS SO ORDERED**

_____
Hon. William H. Alsup
U.S. District Court Judge